XYZAO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____MIDDLE_____ DISTRICT OF ___PENNSYLVANIA___

UNITED STATES OF AMERICA

V.

Roger Moore

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:10-MJ-003

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____January 20, 2010_____ in _Dauphin_ County, in the __Middle__ District of ___Pennsylvania___ defendant(s) did, (Track Statutory Language of Offense)

**Escape from custody by virtue of process issued under the laws of the United States.**

in violation of Title(s) __18__ United States Code, Section(s) _____751(a)_____

I further state that I am a(n) _Deputy U.S. Marshal_ and that this complaint is based on the following facts:

1. I am duly appointed Deputy United States Marshal, serving in such a capacity since 1998. As a Deputy U.S. Marshal, I am a criminal investigator authorized to conduct criminal investigations for offenses in violation of Title 18, United States Code, Section 751(a).

**(continued on attached 1 page affidavit)**

Continued on the attached sheet and made a part hereof:   ■ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 22, 2010                                    at   Harrisburg, Pennsylvania
Date                                                      City and State

J. ANDREW SMYSER, U.S. MAGISTRATE JUDGE         _____
Name and Title of Judicial Officer                          Signature of Judicial Officer