DCP:EP:mz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 10-CR-40 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| ROGER MOORE | ) | |

## INFORMATION

**THE UNITED STATES OF AMERICA CHARGES:**

### COUNT I

On or about January 20, 2010, in the City of Harrisburg, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

### ROGER MOORE

did knowingly escape from custody in the Capitol Pavilion RCC, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Pennsylvania upon conviction for possession with intent to distribute in excess of 50 grams of cocaine base, also known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 751(a).

_____
DENNIS C. PFANNENSCHMIDT
UNITED STATES ATTORNEY

2-11-10
DATE